IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR366 |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| SAMUEL ULYSSES HALEY, | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the motion of the Defendant to reopen or revisit the detention imposed on September 20, 2018.

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that:

1. The Motion to Reopen Detention [77] is granted.

2. On Friday, December 21, 2018 the Defendant is to be released from the United States Marshals custody.

3. Defendant shall reside at the Sienna Francis House until such time as directed by the probation officer to allow him to move to an acceptable residence.

4. The defendant shall not have any contact, direct or indirect, with the victim in his state case, TD.

5. In addition, the Defendant remains subject to all of the previously ordered conditions of his supervised release. If the Defendant fails to do so, the Court shall be notified immediately so that a warrant may issue.

Dated this 21st day of December, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge