IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SAMUEL ULYSSES HALEY,<br><br>        Defendant. | 8:10CR366<br><br>**ORDER** |

This matter is before the court on the defendant's oral motion to extend his self-surrender date. After a hearing on the matter, the Court will grant the defendant's motion.

IT IS THEREFORE ORDERED that:

1. The defendant shall report to FMC Rochester, Rochester, Minnesota on February 7, 2025 at 12:00 p.m.

2. The Clerk of Court shall send a copy of this order to United States Marshal, and the United States Marshal shall provide a copy of this Order to the Bureau of Prisons.

Dated this 5th day of February, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge